UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                             **MEMORANDUM AND ORDER**
                                                    Case No. 01-CV-286

DARIN ARMS,
                      Defendant.
----------------------------------------------------------x

*Appearances*:
*For the United States*:                                  *For the Defendant*:
LORETTA E. LYNCH, ESQ.                           CHARLES SAMUEL HOCHBAUM, ESQ.
United States Attorney                                   16 Court Street, Suite 1800
Eastern District of New York                        Brooklyn, New York 11241
271 Cadman Plaza East
Brooklyn, New York 11201                          DARIN ARMS, *pro se*
                                                                          59754-053
By:   NADIA I. SHIHATA, ESQ.              FCI Gilmer
         Assistant United States Attorney          Post Office Box 6000
                                                                          Glenville, West Virginia 26351

**BLOCK, Senior District Judge:**

        On May 21, 2002, Darin Arms pleaded guilty to possessing at least 50 grams of cocaine base with the intent to distribute it. He was sentenced principally to 210 months' imprisonment. Pursuant to 18 U.S.C. § 3582(c)(2), he now moves to be resentenced under the retroactive amendments to the drug quantity table in § 2D1.1(c) of the Sentencing Guidelines.

        Although Arm's crime involved cocaine base, he was ultimately sentenced under § 4B1.1 — the "Career Offender" Guideline. *See* Tr. of Jan. 28, 2003, at 23-24 (downwardly departing "by reason of what [the Court believed] to be an over-representation of the career offender criminal history calculation"). In *United States v.*

*Martinez*, 572 F.3d 82 (2d Cir. 2009), the Second Circuit held that "a defendant convicted of crack cocaine offenses but sentenced as a career offender under U.S.S.G. § 4B1.1 is not eligible to be resentenced under the amendments to the crack cocaine guidelines." *Id.* at 85; *see also United States v. Mock*, 612 F.3d 133, 138 (2d Cir. 2010) (reaffirming *Martinez*). Accordingly, Arms's motion must be denied.

        **SO ORDERED.**

        s/ Judge Frederic Block

        _____
        FREDERIC BLOCK
        Senior United States District Judge

Brooklyn, New York
May 2, 2012